JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO HERNANDEZ, ET AL., | CASE NO. CV 12-02898-MMM(VBKx) |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING CIVIL ACTION |
| CITY OF LOS ANGELES, ET AL., | |
| Defendant(s). | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __90__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: April 4, 2013

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE